# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05-CR-501 CAS |
| ) | |
| BRUCE PETTIS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant Bruce Pettis' pro se Motion for Termination of Supervised Release. For the following reasons the motion will be denied without prejudice.

On February 2, 2006, Mr. Pettis was sentenced to 70 months imprisonment and a four-year term of supervised release on one count of distribution of cocaine base and one count of distribution of cocaine in violation of 21 U.S.C. § 841(a)(1). On April 9, 2008, Mr. Pettis' sentence was reduced to sixty months pursuant to 18 U.S.C. § 3582(c)(2). Mr. Pettis completed his sentence and has been on supervised release since January 8, 2010.

The United States Probation Office opposes the early termination of supervised release because Mr. Pettis was arrested in December 2010 based on traffic warrants and was charged with Property Damage 2nd Degree and Trespass 1st Degree based on an incident that occurred in August 2010. Mr. Pettis has also missed five urinalysis tests. The Probation Office believes that Mr. Pettis would benefit from further supervision to ensure his successful transition into the community. The Court agrees and finds that Mr. Pettis' request for early termination of his supervised release should be denied without prejudice. Mr. Pettis may reapply in one year if he fully complies with all terms and conditions of supervision.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Bruce Pettis' pro se Motion for Termination of Supervised Release is **DENIED without prejudice**. [Doc. 37]

**IT IS FURTHER ORDERED** that Mr. Pettis may reapply for early termination of supervised release in one year if he fully complies with all terms and conditions of supervision.

                                                **CHARLES A. SHAW**
                                                **UNITED STATES DISTRICT JUDGE**

Dated this  9th  day of March, 2011.